SO ORDERED.

Dated: August 6, 2015

*Daniel P. Collins*

**Daniel P. Collins, Chief Bankruptcy Judge**

---

Scott Lieske, Esq. #016250
Craig Friedrichs #029995
3838 N. Central Ave., Ste. 800
Phoenix, Arizona 85012
(602) 277-8996
(602) 253-8346, facsimile
Attorneys for Russell Brown, Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**GARY WAYNE COIL**<br>**and**<br>**KARI LYNN COIL**,<br>Debtor(s). | Chapter 13<br><br>Case No. 2:10-bk-02545-DPC<br><br>**ORDER GRANTING TRUSTEE'S MOTION TO ALLOW PAYMENT OF UNCLAIMED FUNDS TO COURT**<br><br>Proof of claim # 006 |

The Court, having reviewed the Trustee's Motion to Allow Payment of Unclaimed Funds and there being sufficient cause for granting it.

IT IS ORDERED granting the Trustee's Motion and allowing the Trustee to pay the Clerk of the Court **$2,391.85** to be deposited as provided in 11 U.S.C. § 347(a).

**ORDER SIGNED ABOVE**